[Nos. 39411-8-I; 39580-7-I;   Division One.   July 20, 1998.]
39667-6-I.

THE STATE OF WASHINGTON, *Respondent*, v. SHANIKA L. DOAGE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LORI ANN BERKELY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY FISHER, *Appellant*.

Appeals from judgments of the Superior Court for King

County, Nos. 96-1-01558-6, 96-1-01559-4, and 96-1-01557-8, Steven G. Scott, J., entered September 16, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Webster, J.